No. 80–6225. REED v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 80–6226. DISNEY ET AL. v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 80–6228. WIDEMON v. CAMPBELL ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6229. WORTHINGTON v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 80–6233. SWOFFORD v. CITY OF JASPER ET AL. Sup. Ct. Fla. Certiorari denied.

No. 80–6234. DUDAR v. GEORGIA MILITARY COLLEGE ET AL. Ct. App. Ga. Certiorari denied.

No. 80–6235. WILLIAMS v. JERRY'S FORD SALES, INC., ET AL. Sup. Ct. Va. Certiorari denied.

No. 80–6237. MOHN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6241. LOMBARDI v. NEW YORK. App. Term, Sup. Ct. N. Y., 9th & 10th Jud. Dists. Certiorari denied.

No. 80–6244. JOHNSON v. MARSHALL, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 80–6245. ATENCIO v. NEW MEXICO BOARD OF BAR EXAMINERS. Sup. Ct. N. M. Certiorari denied.

No. 80–6247. FELTUS v. DEES, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 80–6249. JAYNES v. FLORIDA ET AL. C. A. 5th Cir. Certiorari denied.